(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois-Western Division | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Lamb, William D. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Mann-Lamb, Terri |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>XXX-XX-0106 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>XXX-XX-5975 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>9 Evergreen Circle<br>DeKalb, IL 60115 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>9 Evergreen Circle<br>DeKalb, IL 60115 |
| County of Residence or of the<br>Principal Place of Business:   DeKalb | County of Residence or of the<br>Principal Place of Business:   DeKalb |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [X] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other_____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [X] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

(Official Form 1) (9/97)

| **Voluntary Petition** | Name of Debtor(s): | **FORM B1, Page 2** |
| *(This page must be completed and filed in every case)* | William D. Lamb & Terri Mann-Lamb | |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| X _____ Signature of Debtor | X _____ Signature of Authorized Individual |
| X _____ Signature of Joint Debtor | _____ Printed Name of Authorized Individual |
| | _____ Title of Authorized Individual |
| Telephone Number (If not represented by attorney) | |
| 10/12/04 Date | Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____ Signature of Attorney for Debtor(s) | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. |
| RICHARD H. SCHMACK 3127667 Printed Name of Attorney for Debtor(s) | |
| Schmack & Petruchius Firm Name | _____ Printed Name of Bankruptcy Petition Preparer |
| 584 West State Street Address | _____ Social Security Number |
| Sycamore, IL 60178 | _____ Address |
| (815) 895-2074 Fax: (815) 899-3847 Telephone Number | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| 10/12/04 Date | |

| **Exhibit A** | |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| ☐ Exhibit A is attached and made a part of this petition. | |

| **Exhibit B** | |
| (To be completed if debtor is an individual whose debts are primarily consumer debts) | X _____ Signature of Bankruptcy Petition Preparer |
| I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. | _____ Date |
| X _____ 10/12/04 Signature of Attorney for Debtor(s)          Date | A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156. |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6-Cont.
(6/90)

# United States Bankruptcy Court

### Northern District of Illinois-Western Division

In re  William D. Lamb, & Terri
Mann-Lamb, his wife. _____ ,   Case No. _____
            Debtor                                              (if known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.   Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 181,000.00 | | |
| B - Personal Property | YES | 6 | $ 15,819.00 | | |
| C - Property Claimed as Exempt | YES | 3 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 196,678.57 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 2,381.14 | |
| F - Creditors Holding Unsecured NonPriority Claims | YES | 11 | | $ 30,640.82 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,983.98 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,960.00 |
| Total Number of Sheets In ALL Schedules ▶ | | 29 | | | |
| Total Assets ▶ | | | $ 196,819.00 | | |
| Total Liabilities ▶ | | | | $ 229,700.53 | |

AMOUNTS SCHEDULED

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6A
(10/89)

In re  William D. Lamb, & Terri Mann-Lamb, his wife.

_____ ,      Case No. _____
　　　　　　　 Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claim in the property only in Schedule C-Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Homestead Real Estate Location: 9 Evergreen Circle DeKalb, IL 60115 | Fee simple in joint tenancy with each other and Lehmann A. Mann, Sr. | J | 174,000.00 | 167,325.54 |
| Timeshare Location: 2558 North 3653 Road Sheridan, IL | Fee simple | J | 7,000.00 | 7,200.00 |

Total ► $  181,000.00

(Report also on Summary of Schedules.)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to; Richard H. Schmook

FORM B6B
(10/89)

In re William D. Lamb, & Terri Mann-Lamb, his wife.
_____ ,    Case No. _____
Debtor    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None" If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled, "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | U. S. Currency<br>Location: Debtor's Residence | J | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Savings Account<br># 100208<br>Location: NIU Credit Union<br>817 West Lincoln Hwy<br>DeKalb, IL 60115 | J | 250.00 |
| | | Savings Account<br>Location: American National Bank<br>913 South Fourth St.<br>DeKalb, IL 60115 | J | 1.00 |
| | | Checking Account<br>Location: American National Bank<br>913 South Fourth St.<br>DeKalb, IL 60115 | J | 1.00 |
| | | Checking Account<br>Location: American National Bank<br>913 South Fourth St.<br>DeKalb, IL 60115 | J | 1.00 |

FORM B6B - Cont.
(10/89)

In re William D. Lamb, & Terri Mann-Lamb, his wife. _____, Case No. _____
Debtor (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Checking Account Location: American National Bank 913 South Fourth St. DeKalb, IL 60115 | W | 1.00 |
| | | Checking Account Location: NIU Credit Union DeKalb, IL | J | 640.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | DVD player, 2computers, sofa,chair, coffee table, 2end tables, tv, stove, dining table & chairs, 3 desks, freezer, printer,4beds,4dressers, washer,dryer,lawn mower, generator, marble top table, 2 refrigerators, microwave, dishwasher, 6 lamps, dinnerware L | J | 1,400.00 |
| | | 35 mm. camera, computer, dvd player Location: Debtor's Residence | J | 435.00 |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, P.O Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6B - Cont.
(10/89)

In re ___William D. Lamb, & Terri Mann-Lamb, his wife._____ ,   Case No. _____
Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Big screen television<br>Location: Debtor's Residence | J | 800.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 100 Books, 30 DVDs, 30 videos<br>Location: Debtor's Residence | J | 180.00 |
| 6. Wearing apparel. | | Miscellaneous Clothing<br>Location: Debtor's Residence | J | 300.00 |
| 7. Furs and jewelry. | | Rings, costume jewelry<br>Location: Debtor's Residence | J | 800.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 sets golf clubs, skis, 2 bowling balls, bicycles, digital camera, 35 mm camera, camcorder<br>Location: Debtor's Residence | J | 350.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Pension Plan<br>Location: S.U.R.S.<br>1901 Fox Drive<br>Champaign, IL 61820 | W | 0.00 |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6B - Cont.
(10/89)

In re    William D. Lamb, & Terri
Mann-Lamb, his wife.
_____,    Case No. _____
Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 401(k) Valic<br>Location: Debtor's Residence | W | 1,300.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decadent, death benefit plan, life insurance policy, or trust. | X | | | |

FORM B6B - Cont.
(10/89)

In re    William D. Lamb, & Terri
Mann-Lamb, his wife.
_____ ,
        Debtor

Case No. _____
                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1990 Mitsubishi Galant Location: Debtor's Residence | J | 250.00 |
| | | 1986 Mercedes Benz 300E Location: Debtor's Residence | J | 1,500.00 |
| | | 2001 Dodge Caravan Location: Debtor's Residence | J | 5,900.00 |
| | | 1983 Yamaha Midnight Maxim Location: Debtor's Residence | J | 1,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | 2 food warmers, cake making & decorating equipment Location: Debtor's Residence | W | 700.00 |

FORM B6B -
Cont.
(10/89)

In re  William D. Lamb, & Terri Mann-Lamb, his wife.
_____ ,  _____
Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____  continuation sheets attached      Total ▶  $  15,819.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

**FORM B6C**
**(6/90)**

In re   William D. Lamb, & Terri Mann-Lamb, his wife.
_____ ,   Case No. _____
Debtor                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

**(Check one box)**

☐ 11 U.S.C. § 522(b)(1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180 day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Homestead Real Estate | Husband<br>735 ILCS 5/12-901<br>Wife<br>735 ILCS 5/12-901 | 7,500.00<br><br>7,500.00 | 174,000.00 |
| U. S. Currency | Husband<br>735 ILCS 5/12-1001(b)<br>Wife<br>735 ILCS 5/12-1001(b) | 5.00<br><br>5.00 | 10.00 |
| Savings Account<br># 100208 | Husband<br>735 ILCS 5/12-1001(b)<br>Wife<br>735 ILCS 5/12-1001(b) | 117.50<br><br>117.50 | 250.00 |
| 100 Books, 30 DVDs, 30 videos | Husband<br>735 ILCS 5/12-1001(b)<br>Wife<br>735 ILCS 5/12-1001(b) | 90.00<br><br>90.00 | 180.00 |
| Miscellaneous Clothing | Husband<br>735 ILCS 5/12-1001(a)<br>Wife<br>735 ILCS 5/12-1001(a) | 150.00<br><br>150.00 | 300.00 |

FORM B6C- Cont.
(6/90)

In re   William D. Lamb, & Terri
Mann-Lamb, his wife.
_____ ,   Case No. _____
            **Debtor**                                    (If known)

# SCHEDULE C - CONTINUATION PAGE

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Rings, costume jewelry | Husband 735 ILCS 5/12-1001(b) Wife 735 ILCS 5/12-1001(b) | 400.00<br>400.00 | 800.00 |
| 2 sets golf clubs, skis, 2 bowling balls, bicycles, digital camera, 35 mm camera, camcorder | Husband 735 ILCS 5/12-1001(b) Wife 735 ILCS 5/12-1001(b) | 175.00<br>175.00 | 350.00 |
| DVD player, 2computers, sofa,chair, coffee table, 2end tables, tv, stove, dining table & chairs, 3 desks, freezer, printer,4beds,4dressers, washer,dryer,lawn mower, generator, marble top table, 2 refrigerators, microwave, dishwasher, 6 lamps, dinnerware | Husband 735 ILCS 5/12-1001(b) Wife 735 ILCS 5/12-1001(b) | 550.00<br>550.00 | 1,400.00 |
| 2 food warmers, cake making & decorating equipment | Wife 735 ILCS 5/12-1001(d) | 700.00 | 700.00 |

**FORM B6C- Cont.**
**(6/90)**

In re ___William D. Lamb, & Terri___
___Mann-Lamb, his wife._____ ,    Case No. _____
Debtor    (If known)

# SCHEDULE C - CONTINUATION PAGE

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1990 Mitsubishi Galant | Husband<br>735 ILCS 5/12-1001(b)<br>Wife<br>735 ILCS 5/12-1001(b) | 125.00<br><br>125.00 | 250.00 |
| 1986 Mercedes Benz 300E | Husband<br>735 ILCS 5/12-1001(c) | 1,200.00 | 1,500.00 |
| Pension Plan *(SURS)* | Wife<br>735 ILCS 5/12-1006 | *Unknown* | *Full Amount* |
| 401(k) Valic | Wife<br>735 ILCS 5/12-1006 | 1,300.00 | 1,300.00 |
| 1983 Yamaha Midnight Maxim | Wife<br>735 ILCS 5/12-1001(c) | 1,000.00 | 1,000.00 |
| 35 mm. camera, computer, dvd player | Husband<br>735 ILCS 5/12-1001(b)<br>Wife<br>735 ILCS 5/12-1001(b) | 217.50<br><br>217.50 | 435.00 |
| Checking Account | Husband<br>735 ILCS 5/12-1001(b)<br>Wife<br>735 ILCS 5/12-1001(b) | 320.00<br><br>320.00 | 640.00 |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6D
(6/90)

In re ___William D. Lamb, & Terri_____ ,   Case No. _____
      Mann-Lamb, his wife.
                    Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable.    If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 500000835871-4<br><br>Household Auto Finance<br>P.O.Box 17904<br>San Diego, CA 92177 | | J | Date incurred: Unknown<br>Nature of Lien: PMSI<br>Description: 2001 Dodge<br>Caravan<br><br>Value $    5,900.00 | | | | $20,054.53 | $14,154.53 |
| ACCOUNT NO.<br><br>James Willis Merritt<br>419 Garden Road<br>DeKalb, IL 60115 | | J | Date incurred: Unknown<br>Nature of Lien: Second<br>Mortgage<br>Description: Homestead<br>Real Estate<br><br>Value $   174,000.00 | | | | $25,000.00 | |
| ACCOUNT NO. 1048-6489<br><br>SFC of IL, LP<br>1408 Sycamore Road<br>DeKalb, IL 60115 | | W | Date incurred: 2003<br>Nature of Lien: Non-PMSI<br>in HHG<br>Description: Household<br>goods<br><br>Value $   100.00 | | | | $398.50 | $298.50 |
| ACCOUNT NO. 7374 & 7375<br><br>SFC of IL, LP<br>1408 Sycamore Road<br>DeKalb, IL 60115 | | J | Date incurred: Unknown<br>Nature of Lien: PMSI<br>Description: Television<br><br>Value $    800.00 | | | | $1,700.00 | $900.00 |

___1___   continuation sheets attached

Subtotal ►   $   47,153.03
(Total of this page)

Total ►   $
(Use only on last page)

(Report total also on Summary of Schedules)

MacBankruptcy © 1991-97, New Hope Software

In re  William D. Lamb, & Terri Mann-Lamb, his wife.    ,    Case No. _____

Debtor    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Silverleaf Resorts <br> 1221 Riverbend Drive <br> Suite 120 <br> Dallas, TX 75247 <br><br> Value $ 7,000.00 | | J | Date incurred: Unknown <br> Nature of Lien: PMSI <br> Description: Timeshare | | | | $7,200.00 | $200.00 |
| ACCOUNT NO. 117644 <br><br> Wilshire Credit Corporation <br> P.O.Box 8517 <br> Portland, OR 97207-8517 <br><br> Value $ 174,000.00 | X | J | Date incurred: Unknown <br> Nature of Lien: First Mortgage <br> Description: Homestead Real Estate | | | | $142,325.54 | |
| ACCOUNT NO. <br><br><br><br> Value $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> Value $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> Value $ | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶ (Total of this page)    $ 149,525.54

Total ▶ (Use only on last page)    $ 196,678.57

(Report total also on Summary of Schedules)

B6E
(Rev. 12/94)

In re  William D. Lamb, & Terri
Mann-Lamb, his wife.
_____ ,   Case No. _____
                Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A Complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Subtotal" on each sheet. Report the total of all claims on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY**

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain Farmers and fisherman**

Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Spousal or child support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6F (Official Form 6F) (9/97)

William D. Lamb, & Terri
Mann-Lamb, his wife.

In re _____ ,      Case No. _____
                    Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2259701<br><br>Accounts Receivable Services<br>1927 North Stanton Court<br>Arlington Heights, IL 60004 | | J | Date incurred: Unknown<br>Consideration: Collection Agent for Gilmer Rheumatology | | | | Notice Only |
| ACCOUNT NO. 6964217-01<br><br>AIG Valic<br>P.O.Box 75930<br>Chicago, IL 60675-5930 | | W | Date incurred: Unknown<br>Consideration: Loan against 401 (k) | | | | $1,603.17 |
| ACCOUNT NO. 162327<br><br>Alliance One<br>P.O.Box 3107<br>Southeastern, PA 19398-3107 | | W | Date incurred: Unknown<br>Consideration: Collection Agent for Capital One Bank | | | | Notice Only |
| ACCOUNT NO. 37712492<br><br>American National Bank<br>124 South Main Street<br>Sycamore, IL 60178 | X | H | Date incurred: 2004<br>Consideration: Installment Loan | | | | $4,747.00 |

_____10_____ continuation sheets attached

Subtotal ► $      6,350.17

Total ► $

(Report total also on Summary of Schedules)

FORM B6F-Cont. (Official Form 6F) (9/97)

In re William D. Lamb, & Terri Mann-Lamb, his wife.
_____,
Debtor

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1003422303 <br> Anderson Financial <br> P.O.Box 3097 <br> Bloomington, IL 61702 | | J | Date incurred: Unknown <br> Consideration: Collection Agent for Dish Network | | | | Notice Only |
| ACCOUNT NO. 18644649 <br> Arrow Financial Services <br> P.O.Box 469005 <br> Chicago, IL 60646-9005 | | H | Date incurred: Unknown <br> Consideration: Collection Agent for First Premier Bank | | | | Notice Only |
| ACCOUNT NO. 3953080209 <br> AT & T <br> c/o Palisades Collections <br> 2425 Commerce, Ste 10 <br> Duluth, GA 30096 | | J | Date incurred: Unknown <br> Consideration: Unknown | | | | $147.00 |
| ACCOUNT NO. 652994300 <br> AT&T Cable <br> 1430 Sycamore Road <br> DeKalb, IL 60115 | | J | Date incurred: 2002 <br> Consideration: Cable TV Service | | | | $214.00 |
| ACCOUNT NO. 2222481001486224 <br> Capital One Bank <br> Attn: Customer Relations <br> PO Box 85015 <br> Richmond, VA 23285-5015 | | W | Date incurred: Unknown <br> Consideration: Credit Card Debt | | | | $604.47 |

Sheet no. 1 of 10 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► (Total of this page)  $ 965.47

Total ► (Use only on last page of the completed Schedule F)  $

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6F-Cont. (Official Form 6F) (9/97)

In re  William D. Lamb, & Terri Mann-Lamb, his wife. , Case No. _____

Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4768<br>City of DeKalb Ambulance Service<br>200 South Fourth Street<br>DeKalb, IL 60115 | | J | Date incurred: Unknown<br>Consideration: Ambulance Service | | | | $334.00 |
| ACCOUNT NO.<br>Commonwealth Edison System Credit /<br>Bankruptcy Dept.<br>2100 Swift Drive<br>Oak Brook, IL 60523 | | J | Date incurred: Unknown<br>Consideration: Electric Utility Bills | | | | $646.00 |
| ACCOUNT NO. 652994300<br>Credit Protection Associates<br>1355 Noel Road<br>Ste. 2100<br>Dallas, TX 75240 | | J | Date incurred: 2002<br>Consideration: Collection Agent for AT & T Cable | | | | Notice Only |
| ACCOUNT NO. 2980050581<br>Creditors Protection Service<br>206 West State Street<br>Rockford, IL 61101 | | J | Date incurred: Unknown<br>Consideration: Collection Agent for Rockford Clinic | | | | Notice Only |
| ACCOUNT NO. 1822166<br>DeKalb Clinic Chartered<br>217 Franklin Street<br>DeKalb, IL 601115 | | J | Date incurred: 2001<br>Consideration: Medical Care | | | | $2,383.00 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 3,363.00
(Total of this page)

Total ▶ $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6F-Cont. (Official Form 6F) (9/97)

In re   William D. Lamb, & Terri
Mann-Lamb, his wife.
_____ ,        Case No. _____
Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 02-495<br>Devlin, Peters & Parpey<br>P.O.Box 400<br>Somers, CT 06071 | | W | Date incurred: 6/2004<br>Consideration: Unknown | | | | $250.00 |
| ACCOUNT NO.<br>Dish Network<br>Customer Service Center<br>P.O. Box 33577<br>Northglenn, CO 80233 | | J | Date incurred: Unknown<br>Consideration: Satellite TV Service | | | | $116.00 |
| ACCOUNT NO. H00980733<br>Eastern Connecticut<br>Health Network /<br>Rockville Gen. Hospital<br>71 Hanes Street<br>Manchester, CT 06040 | | J | Date incurred: 2003<br>Consideration: Medical Care | | | | $197.74 |
| ACCOUNT NO.<br>Equifax<br>P.O. Box 740241<br>Atlanta, GA 30374 | | J | Date incurred: Unknown<br>Consideration: Unknown | | | | Notice Only |
| ACCOUNT NO.<br>Experian<br>P.O.Box 2104<br>Allen, TX 75013-2104 | | J | Date incurred: Unknown<br>Consideration: Unknown | | | | Notice Only |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► (Total of this page)   $   563.74

Total ► $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

**FORM B6F-Cont. (Official Form 6F) (9/97)**

In re William D. Lamb, & Terri Mann-Lamb, his wife. , Case No. _____
    Debtor                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6004668040400878 <br> Fashion Bug <br> Credit Customer Service <br> P.O. Box 910 <br> Milford, OH 45150-0889 | | W | Date incurred: Unknown <br> Consideration: Credit Card Debt | | | | $986.46 |
| ACCOUNT NO. <br> Fingerhut Direct <br> Customer Service <br> 6250 Ridgewood Rd <br> St. Cloud, MN 56303 | | J | Date incurred: Unknown <br> Consideration: Credit Purchase | | | | $84.00 |
| ACCOUNT NO. 4610078452826514 <br> First Premier Bank <br> 601 South Minnesota Avenue <br> Sioux Falls, SD 57104 | | H | Date incurred: Unknown <br> Consideration: Credit Card Debt | | | | $468.00 |
| ACCOUNT NO. #04 CH 91 <br> Fisher & Fisher <br> Attorneys At Law <br> 120 N. LaSalle St, Ste. 2520 <br> Chicago, IL 60602 | | J | Date incurred: 2004 <br> Consideration: Attorneys For Wilshire Credit Corporation / FV-1 | | | | Notice Only |
| ACCOUNT NO. 4806300000001248712 <br> Ford Motor Credit Company <br> Bankruptcy Section <br> P. O. Box 537901 <br> Lavonia, MI 48153-7901 | | W | Date incurred: Unknown <br> Consideration: Unknown | | | | $480.00 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 2,018.46
(Total of this page)

Total ▶ $
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmock

FORM B6F-Cont. (Official Form 6F) (9/97)

In re    William D. Lamb, & Terri
Mann-Lamb, his wife.
_____ ,      Case No. _____
Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2259701<br>Gilmer Rheumatology<br>5100 Eeast State Street<br>Rockford, IL 61108 | | J | Date incurred: 2002<br>Consideration: Medical Care | | | | $63.00 |
| ACCOUNT NO. 2456562<br>H & R Accounts<br>P. O. Box 672<br>Moline, IL 61265 | | J | Date incurred: Unknown<br>Consideration: Collection Agent for Kishwaukee Community Hospital and DeKalb Clinic Chartered | | | | Notice Only |
| ACCOUNT NO. 5440450050813934<br>Household Credit Services<br>P.O.Box 88000<br>Baltimore, MD 21288-0001 | | H | Date incurred: Unknown<br>Consideration: Credit Card Debt | | | | $842.21 |
| ACCOUNT NO. 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<br>I.D.E.S.<br>Benefit Repayments<br>P. O. Box 4385<br>Chicago, IL 60680-4385 | | H | Date incurred: Unknown<br>Consideration: Overpayment of unemployment benefits | | | | $862.00 |
| ACCOUNT NO. Various<br>Kishwaukee Community Hospital<br>P. O. Box 846<br>DeKalb, IL 60115 | | J | Date incurred: Unknown<br>Consideration: Medical Care | | | | $2,850.00 |

Sheet no. ___5___ of ___10___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 4,617.21
(Total of this page)

Total ► $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97. New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6F-Cont. (Official Form 6F) (9/97)

In re  William D. Lamb, & Terri
Mann-Lamb, his wife.
_____ ,  Case No. _____
        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5886100556<br>Ladies Workout Express<br>c/o Matrix Acceptance<br>1645 E. Hwy 193<br>Layton, UT 84040 | | J | Date incurred: Unknown<br>Consideration: Club Membership | | | | $999.00 |
| ACCOUNT NO. 12477239<br>Marlin Integrity<br>P.O.Box 8529<br>Philadelphia, PA 19101 | | J | Date incurred: Unknown<br>Consideration: Collection Agent for Commonwealth Edison | | | | Notice Only |
| ACCOUNT NO. R36293<br>Maxillofacial Surgeons<br>of NI<br>8 Health Services Drive<br>DeKalb, IL 60115 | | J | Date incurred: 2004<br>Consideration: Medical Care | | | | $182.00 |
| ACCOUNT NO. 200228402<br>Midland Credit<br>5775 Roscoe Court<br>San Diego, CA 92123 | | J | Date incurred: 2002<br>Consideration: Unknown | | | | $843.00 |
| ACCOUNT NO. 42307.0<br>Midwest Ortho & Neuro<br>Clinic<br>2111 Midlands Court<br>Suite 2<br>Sycamore, IL 60178 | | W | Date incurred: 4/2004<br>Consideration: Medical Care | | | | $230.00 |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $   2,254.00
(Total of this page)

Total ▶  $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6F-Cont. (Official Form 6F) (9/97)

In re William D. Lamb, & Terri Mann-Lamb, his wife. ,   Case No. _____
_____ (If known)
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 585686683<br>NCO Financial<br>P.O. Box 41466<br>Philadelphia, PA 19101 | | J | Date incurred: Unknown<br>Consideration: Collection Agent for Commonwealth Edison | | | | Notice Only |
| ACCOUNT NO. Multiple<br>NICOR<br>P.O. Box 549<br>Aurora, IL 60507 | | J | Date incurred: Unknown<br>Consideration: Gas Utility Bills | | | | $761.00 |
| ACCOUNT NO. 1995-363009-89<br>OSI Collection Services<br>541 Main Street<br>Suite 115<br>South Weymouth, MA 02190 | | W | Date incurred: 2002<br>Consideration: Collection Agent for Town of Vernon, CT. | | | | Notice Only |
| ACCOUNT NO. 2403272<br>Pellettieri & Associates<br>991 Oak Creek Drive<br>Lombard, IL 60148-6408 | | J | Date incurred: Unknown<br>Consideration: Collection Agent for Kishwaukee Community Hospital | | | | Notice Only |
| ACCOUNT NO. 028097<br>PFG of Minnesota<br>7825 Washington Avenue<br>Suite 410<br>Minneapolis, MN 55439-2409 | | W | Date incurred: Unknown<br>Consideration: Collection Agent for Fashion Bug | | | | Notice Only |

Sheet no. 7 of 10 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 761.00
(Total of this page)

Total ▶ $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6F-Cont. (Official Form 6F) (9/97)

In re   William D. Lamb, & Terri
Mann-Lamb, his wife.
_____,   Case No. _____
Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 45242422-11 <br> Plaza Associates <br> P.O. Box 18008 <br> Hauppauge, NY 11788-8808 | | W | Date incurred: Unknown <br> Consideration: Collection Agent for Ford Motor Company | | | | Notice Only |
| ACCOUNT NO. 183RJM61074159 <br> RJM Acquisitions Funding <br> Syosset, NY 11791 | | J | Date incurred: Unknown <br> Consideration: Collection Agent for Fingerhut | | | | Notice Only |
| ACCOUNT NO. H00980733 <br> RMA Recovery Services <br> P.O. Box 3142 <br> Secaucus, NJ 07096-4643 | | J | Date incurred: Unknown <br> Consideration: Collection Agent for Rockville Hospital / Eastern Connecticut Health Network | | | | Notice Only |
| ACCOUNT NO. 2980050581 <br> Rockford Clinic <br> 2300 North Rockton <br> Avenue Rockford, IL 61103 | | J | Date incurred: Unknown <br> Consideration: Medical Care | | | | $25.00 |
| ACCOUNT NO. D93467 <br> Rockford Mercantile <br> 2502 South Alpine Road <br> Rockford, IL 61108 | | J | Date incurred: Unknown <br> Consideration: Collection Agent for Kishwaukee Community Hospital and Maxillofacial Surgeons of NI | | | | Notice Only |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 25.00
(Total of this page)

Total ► $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schneck

FORM B6F-Cont. (Official Form 6F) (9/97)

In re   William D. Lamb, & Terri
Mann-Lamb, his wife.
_____,   Case No. _____
Debtor                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4768-L04-000279 <br> RRCA Accounts Management <br> 312 Locust <br> Sterling, L 61081 | | J | Date incurred: Unknown <br> Consideration: Collection Agent for City of DeKalb Ambulance | | | | Notice Only |
| ACCOUNT NO. 2770012493 <br> Sunterra F inancial <br> 9921 Covington Circle <br> Suite 105 <br> Las Vegas, NV 89144 | | J | Date incurred: Unknown <br> Consideration: Installment Loan | | | | $6,261.00 |
| ACCOUNT NO. 1995-363009-89 <br> Town of Vernon <br> Tax Collector <br> 8 Park Place <br> Vernon, CT 06066 | | W | Date incurred: 1995 <br> Consideration: Personal Property Tax | | | | $1,832.77 |
| ACCOUNT NO. <br> TransUnion <br> P.O.Box 1000 <br> Chester, PA 19016-1000 | | J | Date incurred: Unknown <br> Consideration: Unknown | | | | Notice Only |
| ACCOUNT NO. 60055831000000 <br> Verizon Wireless <br> 1515 Woodfield Road <br> Ste. 140 <br> Schaumburg, IL 60173 | | J | Date incurred: 2003 <br> Consideration: Cellular phone service | | | | $667.00 |

Sheet no. 9 of 10 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 8,760.77
(Total of this page)

Total ▶ $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6F-Cont. (Official Form 6F) (9/97)

In re William D. Lamb, & Terri Mann-Lamb, his wife. , Case No. _____

Debtor (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 271130009 <br><br> Yankee Gas <br> 107 Selden Street <br> Berlin, CT 06037 | | J | Date incurred: 1998 <br> Consideration: Utility Bill | | | | $962.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 962.00
(Total of this page)

Total ► $ 30,640.82
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmuck.

In re ___William D. Lamb, & Terri Mann-Lamb, his wife.___ ,     Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will  not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Daimler / Chrysler Service Contracts<br>Dept. 77829<br>P.O.Box 77000<br>Detroit, MI 48277-0829 | Automobile Service Contract |

FORM B6H
(6/90)

In re William D. Lamb, & Terri Mann-Lamb, his wife.

_____ ,
Debtor

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Julia S. Lamb<br>22 Jennifer Lane<br>DeKalb, IL 60115<br><br>Lehman Mann<br>169 Vernon Avenue<br>#98<br>Vernon, CT 06066 | American National Bank<br>124 South Main Street<br>Sycamore, IL 60178<br><br>Wilshire Credit Corporation<br>P.O.Box 8517<br>Portland, OR 97207-8517 |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

Form B6I
(6/90)

In re William D. Lamb, & Terri Mann-Lamb, his wife.
_____ ,      Case No. _____
Debtor                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | Asheli E. Mann | 16 | Daughter |
| | Garland A. Mann-Lamb | 14 | Daughter |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Service Manager | Food Lab Assistant |
| Name of Employer | Downers Grove Dodge | Northern Illinois University |
| How long employed | 2 years | 6 years |
| Address of Employer | 2311 West Ogden Avenue Downers Grove, IL 60515 | 1515 West Lincoln Highway DeKalb, IL 60115 |

| | DEBTOR | SPOUSE |
|---|---|---|
| Income: (Estimate of average monthly income) Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 4,139.01 | $ 2,399.63 |
| Estimated monthly overtime | $ - 0 - | $ - 0 - |
| SUBTOTAL | $ 4,139.01 | $ 2,399.63 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 785.05 | $ 79.45 |
| b. Insurance | $ 148.66 | $ 276.95 |
| c. Union dues | $ - 0 - | $ - 0 - |
| d. Other (specify: _____ ) Spouse: SURS(Mandatory)216.98;Valic 100. | $ - 0 - | $ 316.98 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 933.71 | $ 673.38 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 3,205.30 | $ 1,726.25 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ - 0 - | $ - 0 - |
| Income from real property | $ - 0 - | $ - 0 - |
| Interest and dividends | $ - 0 - | $ - 0 - |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ - 0 - | $ - 0 - |
| Social security or other government assistance (Specify) _____ | $ - 0 - | $ - 0 - |
| Pension or retirement income | $ - 0 - | $ - 0 - |
| Other monthly income | $ | $ |
| (Specify) _____ U.U. Fellowship | $ - 0 - | $ 52.43 |
| | $ - 0 - | $ - 0 - |
| TOTAL MONTHLY INCOME | $ 3,205.30 | $ 1,778.68 |

TOTAL COMBINED MONTHLY INCOME     $ 4,983.98      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J
(6/90)

In re    William D. Lamb, & Terri
Mann-Lamb, his wife.
_____ ,        Case No. _____
      Debtor                                                          (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,506.00 |
| Are real estate taxes included?       Yes ✓   No | |
| Is Property insurance included?       Yes   No ✓ | |
| Utilities  Electricity and heating fuel | $ 175.00 |
|          Water and sewer | $ 50.00 |
|          Telephone | $ 150.00 |
|          Other _____ Cable | $ 50.00 |
| Home maintenance (repairs and upkeep) | $ 50.00 |
| Food | $ 600.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 20.00 |
| Medical and dental expenses | $ 70.00 |
| Transportation (not including car payments) includes $100. monthly auto service contract | $ 500.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| Charitable contributions | $ 50.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|          Homeowner's or renter's | $ 58.00 |
|          Life | $ - 0 - |
|          Health | $ - 0 - |
|          Auto | $ 165.00 |
|          Other_____ | $ - 0 - |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ - 0 - |
| Installment payments:  (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|          Auto | $ - 0 - |
|          Other_____ Second Mortage | $ 366.00 |
|          Other_____ | $ - 0 - |
| Alimony, maintenance, and support paid to others | $ - 0 - |
| Payments for support of additional dependents not living at your home | $ - 0 - |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ - 0 - |
| Other_____ | $ - 0 - |
| TOTAL MONTHLY EXPENSES  (Report also on Summary of Schedules) | $ 3,960.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ 4,983.98 |
| B.  Total projected monthly expenses | $ 3,960.00 |
| C.  Excess income (A minus B) | $ 1,023.98 |
| D.  Total amount to be paid into plan each _____ | $ 0.00 |
| (interval) | |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmeck

FORM B6 - Cont.
(6/90)

In re William D. Lamb, & Terri Mann-Lamb, his wife. ,
_____
Debtor

Case No. _____
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 30 _____ sheets,
(Total shown on summary page plus 1)
and that they are true and correct to the best of my knowledge, information and belief.

Date __10/12/04__    Signature _____
WILLIAM D. LAMB    Debtor

Date __10/12/04__    Signature _____
TERRI MANN-LAMB    (Joint Debtor, if any)

[If joint case, both spouses must sign]

*Penalty for making a false statement or concealing property:*    Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

— — — — — — — — — — — — — — — — — — —
**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document..

_____    _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____    _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156.*

FORM 7
(Rev. 12/94)

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS
## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS-WESTERN DIVISION

In re    William D. Lamb, & Terri
Mann-Lamb, his wife.                                    Case No.
_____
(Name)                                                              (if known)
Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

None 1. **Income from employment or operation of business**

☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| Debtor, Yr to date:    $34,012.09 | Downers Grove Dodge,<br>Downers Grove, IL 6 |
| Debtor, 2003:    $47,530.78 | Downers Grove Dodge,<br>Downers Grove, IL 6 |
| Debtor, 2002:    $39,473.09 | Downers Grove Dodge;<br>Jack Wolf Chrysler; |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack.

| Spouse, Yr to date: | $10,109.43 | NIU; Unitarian Universalist Fellowship, |
|---|---|---|
| Spouse, 2003: | $13,431.47 | NIU; Unitarian Universalist Fellowship, |
| Spouse, 2002: | $13,910.33 | NIU; Unitarian Universalist Fellowship, |

None **2. Income other than from employment or operation of business**

☒

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                    SOURCE

None **3. Payments to creditors**

☐

    **a.** List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Household Auto Finance<br>P.O.Box 17904<br>San Diego, CA 92177 | Regular Monthly | 495.00 | 20,054.53 |
| American National Bank<br>124 South Main Street<br>Sycamore, IL 60178 | Regular Monthly | 932.80 | 5,103.47 |

None

☐

    **b.** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

| | | | | |
|---|---|---|---|---|
| Greg French<br>19 Sunshine Farms<br>Drive<br>Somers CT 06071-2029 | Wife's<br>sister's<br>husband | Monthly | 350.00 | 3,000.00 |

---

None **4. Suits and administrative proceedings, executions, garnishments and attachments**

☐ **a.** List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| Rockford Mercantile<br>v. Terri Mann-Lamb<br>#03 SC 1024 | Small Claims<br>Action | DeKalb County<br>Circuit Court | Judgment<br>entered<br>8/2003 |
| FV-1, Inc. v. Terri<br>Mann-Lamb, Lehman<br>Mann, William Lamb,<br>James Merritt<br>#04 CH 91 | Foreclosure Action | DeKalb County<br>Circuit Court | Pending |
| H & R Accounts v.<br>William Lamb & Terri<br>Mann-Lamb | Small Claims<br>Action | DeKalb County<br>Circuit Court | Judgment<br>entered<br>3/17/04 |

---

None **b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within
☐ **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|
| Rockford Mercantile<br>2502 South Alpine Road<br>Rockford, IL 61108 | Bi-monthly since<br>11/2003 | $2,800.00 |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

None **5. Repossessions, foreclosures and returns**

☒     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OR REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|

None **6. Assignments and receiverships**

☒    **a.** Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None **b.**   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|---|

None **7. Gifts**

☐     List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON<br>OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR,<br>IF ANY | DATE<br>OF GIFT | DESCRIPTION<br>AND VALUE<br>OF GIFT |
|---|---|---|---|
| Unitarian Universalist<br>Fellowship<br>158 N. 4th Street<br>DeKalb, IL 60115 | Debtors' Church | Periodic Donat | $250.00 |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

**None**  **8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**None**  **9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case or since the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**None**  **10. Other transfers**

**a.** List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

**None**  **11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

**None** **12. Safe deposit boxes** 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**None** **13. Setoffs** 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**None** **14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**None** **15. Prior address of debtor**

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 113 Delcy Drive<br>DeKalb, IL 60115 | Same | Nov. 2001–Nov. 2002 |
| 9 Evergreen Circle<br>DeKalb, IL 60115 | Same | Nov. 2002 to date |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: a officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case)*

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

None **16. Nature, location and name of business**

☐  **a.**   If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years**   immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **two years**   immediately preceding the commencement of this case.

**b.**   If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **two years**   immediately preceding the commencement of this case.

**c.**   If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years**   immediately preceding the commencement of this case.

| NAME          ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|
| Sunflower Gourmet<br>9 Evergreen Circle<br>DeKalb, IL 60115 | Wedding Cake<br>Preparation | *2000 - August, 2004* |

None **17. Books, records and financial statements**

☒  **a.**   List all bookkeepers and accountants who within the **six years**   immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATE SERVICES RENDERED |
|---|---|

None **b.**   List all firms or individuals who within the **two years**   immediately preceding the filing of this bankruptcy case
☒  have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATE SERVICES RENDERED |
|---|---|---|

None **c.**   List all firms or individuals who at the time of the commencement of this case were in possession of the books
☒  of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None **d.**   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒  financial statement was issued within the **two years**   immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

None **18. Inventories**

☒

    **a.** List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATES OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None **b.** List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☒

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

None **19. Current Partners, Officers, Directors and Shareholders**

☒

    **a.** If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None **b.** If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

☒

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

None **20. Former Partners, officers, directors and shareholders**

☒

    **a.** If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None **b.** If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

☒

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

None **21. Withdrawals from a partnership or distribution by a corporation**

☒

    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

22. **Spouses and Former Spouses**

None ☒  If the debtor resides in a community property state, commonwealth
or territory(including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the six-year period immediately preceding the
commencement of the case identify the name of the debtor's spouse
and of any former spouse who resides or resided with the debtor
in the community property state.

NAME

23. **Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or
regulation regulating pollution, contamination, releases of hazardous or
toxic substances, wastes or material into the air, land, soil, surface
water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of those substances,
wastes, or material.

"Site" means any location, facility, or property as defined under any
Environmental Law, whether or not presently or formerly owned or operated
by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste,
hazardous substance, toxic substance, hazardous material, pollutant, or
contaminant or similar term under an Environmental Law.

None ☒  a.   List the name and address of every site for which the
debtor has received notice in writing by a governmental unit that
is may be liable or potentially liable under or in violation of
an Environmental Law.  Indicate the governmental unit, the date
of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒  b.   List the name and address of every site for which the
debtor provided notice to a governmental unit of a release of
Hazardous Material.  Indicate the governmental unit to which the
notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒  c.   List all judicial or administrative proceedings, including
settlements or orders, under any Environmental Law with respect to
which the debtor is or was a party.  Indicate the name and
address of the governmental unit that is or was a party to the
proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

*Page 9 of 10*

\*      \*      \*      \*      \*      \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  10-12-04                  Signature
                               of Debtor    _____
                                            WILLIAM D. LAMB

Date  10-12-04                  Signature    _____
                               of Joint Debtor    TERRI MANN-LAMB
                               (if any)

_____0_____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571*

---

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document..

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                    _____
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156.*

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS-WESTERN DIVISION**

In re William D. Lamb, & Terri
Mann-Lamb, his wife.
                                    Debtor

Case No. _____

Chapter _____Chapter 13_____

**DISCLOSURE OF COMPENSATION - Rule 2016(b)**

RICHARD H. SCHMACK of SCHMACK & PETRUCHIUS pursuant to

Bankruptcy Rule 2016(b) and 11 U.S.C. §329(a), states as follows:

1. During the one-year period prior to the filing of this case,

the above-named debtor has paid to SCHMACK & PETRUCHIUS the sum of

$494.00 and promised an additional $2,400.00 for services rendered

and costs incurred in contemplation of and in connection with this

case, and as a retainer which includes a filing fee of $194.00.

2. SCHMACK & PETRUCHIUS has not shared or agreed to share such

compensation with any other person except as among its members.

DATED: 10/12/04

RICHARD H. SCHMACK 3127667, a member of
SCHMACK & PETRUCHIUS
Attorneys for Debtor


Richard H. Schmack
Schmack & Petruchius
584 West State Street
Sycamore, IL 60178
(815) 895-2074
Fax: (815) 899-3847