# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM D. LAMB & TERRI MANN-LAMB  
9 EVERGREEN CIRCLE  
DEKALB, IL  60115  

SSN-xxx-xx-0106 & xxx-xx-5975

Case Number: 04-75178

Case filed on: 10/15/2004  
Plan Confirmed on: 2/4/2005  

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $40,227.16          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | SCHMACK & PETRUCHIUS | 2,400.00 | 2,400.00 | 2,400.00 | 0.00 |
|  | Total Legal | 2,400.00 | 2,400.00 | 2,400.00 | 0.00 |
| 007 | ACCOUNTS RECEIVABLE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDITOR PROTECTION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDITORS PROTECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | FISHER & FISHER | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | H&R ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MARLIN INTEGRITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | PELLETTIERI & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | PFG OF MINNESOTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | RJM ACQUISITIONS FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | RMA RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | RRCA ACCOUNTS MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | THE RAMSEY LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | ILLINOIS DEPARTMENT OF REVENUE | 601.07 | 601.07 | 601.07 | 0.00 |
| 064 | ILLINOIS DEPT. OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | INTERNAL REVENUE SERVICE | 1,401.16 | 1,401.16 | 1,401.16 | 0.00 |
| 066 | IRS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 2,002.23 | 2,002.23 | 2,002.23 | 0.00 |
| 999 | WILLIAM D. LAMB | 0.00 | 0.00 | 963.16 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 963.16 | 0.00 |
| 001 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 5,900.00 | 5,900.00 | 5,900.00 | 370.73 |
| 002 | JAMES WILIS MERRITT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | SECURITY FINANCE | 800.00 | 800.00 | 800.00 | 50.29 |
| 006 | WILSHIRE CREDIT CORPORATION | 13,110.12 | 13,110.12 | 13,110.12 | 0.00 |
| 057 | DAIMLER / CHRYSLER SERVICE CONTRACTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 19,810.12 | 19,810.12 | 19,810.12 | 421.02 |
| 001 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 14,451.41 | 14,451.41 | 3,462.91 | 0.00 |
| 003 | SECURITY FINANCE | 462.08 | 462.08 | 110.72 | 0.00 |
| 004 | SECURITY FINANCE | 1,975.29 | 1,975.29 | 473.33 | 0.00 |
| 005 | SILVER LEAF RESORTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AIG VALIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMERICAN NATIONAL BANK OF DEKALB COUNTY | 4,661.81 | 4,661.81 | 4,661.81 | 0.00 |
| 013 | OSI PORTFOLIO SERVICES | 147.27 | 147.27 | 35.29 | 0.00 |
| 014 | AT&T CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CITY OF DEKALB AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DEKALB CLINIC CHARTERED | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DEVLIN, PETERS & PARPEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | DISH NETWORK CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | EAST CONNECTICUT HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | FIRST EXPRESS | 836.46 | 836.46 | 200.43 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 027 | AXSYS / FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | GILMER RHEUMATOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ECAST SETTLEMENT CORPORATION | 917.17 | 917.17 | 219.77 | 0.00 |
| 034 | IDES BENEFIT PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | KISHWAUKEE COMMUNITY HOSPITAL | 1,905.27 | 1,905.27 | 456.55 | 0.00 |
| 036 | LADIES WORKOUT EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | MAXILLOFACIAL SURGEONS OF NI | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | MIDWEST ORTHO AND NEURO SPEC | 201.00 | 201.00 | 48.17 | 0.00 |
| 042 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | SUNTERRA FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | TOWN OF VERNON | 6,415.71 | 6,415.71 | 1,537.36 | 0.00 |
| 055 | AFNI/VERIZON | 667.35 | 667.35 | 159.91 | 0.00 |
| 056 | YANKEE GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | JULIA S. LAMB | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | LEHMAN MANN | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | RRCA ACCOUNTS MANAGEMENT INC | 334.00 | 334.00 | 80.03 | 0.00 |
| 061 | ILLINOIS DEPARTMENT OF REVENUE | 150.20 | 150.20 | 36.00 | 0.00 |
| 062 | CITY OF DEKALB | 120.44 | 19.83 | 19.38 | 0.00 |
| 063 | RJM ACQUISITIONS FUNDING LLC | 84.76 | 84.76 | 20.31 | 0.00 |
| 065 | INTERNAL REVENUE SERVICE | 71.81 | 71.81 | 17.21 | 0.00 |
| 067 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | GREG FRENCH | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | ILLINI CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | SECURITY FINANCE | 923.81 | 923.81 | 221.36 | 0.00 |
| 071 | NICOR GAS | 271.66 | 271.66 | 65.10 | 0.00 |
| 072 | ROCKFORD MERCANTILE AGENCY INC | 875.36 | 875.36 | 209.76 | 0.00 |
| | Total Unsecured | 35,472.86 | 35,372.25 | 12,035.40 | 0.00 |
| | Grand Total: | 59,685.21 | 59,584.60 | 37,210.91 | 421.02 |

Total Paid Claimant: $37,631.93
Trustee Allowance: $2,595.23
Percent Paid Unsecured: 34.02

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan